Exhibit 2
DR. MARK FOWLER                    October 27, 2025
BURNS vs STRADA                                  13

Middle Tennessee.

Q.   Okay.  But you don't currently -- do you see patients?

A.   Yes.

Q.   Okay.  Are you affiliated with a hospital?

A.   No.

Q.   Okay.  Are you board certified?

A.   Yes.

Q.   Which board?

A.   American Board of Family Physicians.

Q.   Okay.

A.   It's technically American Board of Family Medicine.

Q.   Okay.  Do you -- I know you said you're not affiliated with a hospital.  Do you have hospital privileges?

A.   No.

Q.   Okay.  Memberships in any medical associations?

A.   Tennessee Academy of Family Physicians, American Academy of Family Physicians.

Q.   Okay.  In addition to your practice as a family medicine doctor, I see that you worked as an emergency room physician --

A.   That's correct.

Exhibit 2
October 27, 2025
DR. MARK FOWLER
BURNS vs STRADA
29

A. Yes.

Q. Okay. Were you aware of that?

A. Yes.

Q. Okay. Where would you normally establish a central IV line?

A. Subclavian vein.

Q. Subclavian vein. All right. Are there other veins in which you would consider to establish the central IV line?

A. Not myself.

Q. Not yourself. But would other practitioners?

A. Possibly.

Q. Okay. What is the standard practice for establishing a central IV line?

A. Which one are you referring to?

Q. For a subclavian vein.

A. For a subclavian vein you prepare the patient with antiseptic, you open the kit and check the inventory of the kit to make sure everything is there. Once you've established that you have the complete and correct kit and the kit is sterile, you identify the appropriate location under the clavicle. You anesthetize that with lidocaine, you introduce a syringe with a trocar on it.

When you have entered the vein, you draw back

Exhibit 2
DR. MARK FOWLER
BURNS vs STRADA
October 27, 2025
30

to ensure that you're in the right spot and not through and through. You remove the syringe, you introduce a wire guide. You remove the first needle, you expand the opening, you introduce a triple lumen catheter. You check for its patency and you check that it's working. Then you sew the triple lumen catheter to the patient. At that point, you can access the patient's vasculature.

Q. Okay. You mentioned locating the vein. How is that done?

A. Generally speaking, the anatomy in this area is pretty standard, the subclavian vein is fairly wide. So you use an approach aiming toward the middle of the throat and gradually upward. It's a little bit hard to describe, but that's basically how you do it.

Q. Okay. In a hospital setting, would an ultrasound typically be used to locate the subclavian vein?

A. I never needed an ultrasound, but I suppose some people do that.

Q. Okay. And I imagine that's because other techniques, like I believe you were describing the landmark method?

A. Uh-huh.

Q. Okay. Involve a greater risk of hitting the wrong spot, not necessarily getting on target.

Exhibit 2
DR. MARK FOWLER                                October 27, 2025
BURNS vs STRADA                                            32

A.   I have no idea.

Q.   All right.  Okay.  How many times have you placed a central IV line?

A.   A dozen or more.

Q.   Okay.  When was that?

A.   When I was in the emergency room, primarily.

Q.   Okay.  So when was the last time you placed a central IV line?

A.   Probably somewhere close to the last aspect of my tenure in the emergency room.

Q.   Okay.  So if I could have here, let me just refer back to your CV.  So that would be around 2013; is that correct?

A.   Yes, sir.

Q.   Okay.  And you stated that you never had any complications establishing a central IV line in those cases?

A.   I didn't say that.

Q.   Okay.  Did you ever have complications in establishing a central IV line in those cases?

A.   Just one time.

Q.   Could you tell me what happened?

A.   The guide wire wound up in the carotid vein, which is an undesirable placement, but you can reverse that fairly quickly.

ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

Exhibit 2
DR. MARK FOWLER
BURNS vs STRADA
October 27, 2025
68

overheard part of this conversation, during which I mentioned that a transgender woman, being a biological male, had impregnated two women in the women's prisons in Connecticut, and we were talking about the ramifications of that.

And I'm told, on information and belief, that this psychiatrist, whose name I do not know, has a child who's either transgender or homosexual or something, and she got offended, and she filed a complaint. And when they called me, we discussed it, and I said, basically, I said what I said. I stand by what I said. And that's the end of that. And we decided to part company at that time.

Q. Okay. And by part company, you mean you resigned?

A. I resigned or they let me go. That's -- we parted company.

Q. Okay.

A. I don't recall specifically.

Q. Okay. Circling back to IV lines, do you have privileges to set a central IV line in a hospital setting?

A. We've talked about hospital privileges.

Q. I'm just -- and your answer was no, correct?

A. That's correct.