## Declaration of Amy D. Harwell

I, Amy D. Harwell, being of lawful age and legal resident of Nashville, Davidson, Tennessee, declare the following based upon my personal knowledge:

1. I am the First Assistant Federal Public Defender for the Federal Public Defender for the Middle District of Tennessee. I am also lead counsel for Tony Von Carruthers.
2. Mr. Carruthers was scheduled to be execution at 10:00 am central time on May 21, 2026.
3. On May 21, 2026, Ms. Deliberato, another attorney for Mr. Carruthers who was witnessing the execution of Tony Von Carruthers, contacted me via telephone at approximately 11:02 AM.
4. Ms. Deliberato informed me that the executioners were unable to obtain bilateral venous access. She stated that the executioners were examining Mr. Carruthers feet with the intention of setting a peripheral IV.
5. I informed Ms. Deliberato that TDOC would likely attempt a central line. I stated that our previously conducted deposition of the doctor who oversees executions, Dr. Mark Fowler, admitted under oath during a deposition that he was not qualified to establish a central line and that she should object to the doctor attempting to do so.
6. At approximately 11:16 AM, Ms. Deliberato phoned again to inform me that a physician who identified himself as Dr. Fowler had attempted to set a central line. His attempt was unsuccessful.
7. Ms. Deliberato stated "there is lots of blood, he's in pain."
8. At approximately 11:49 am Ms. Deliberato phone again and stated that TDOC had removed Mr. Carruthers from the gurney and she was told the execution was on hold "for now." Ms. Deliberato stated to me that she was told that Mr. Carruthers was being checked by TDOC medical personnel.

I declare under penalty of perjury and the laws of the United States and State of Tennessee that the foregoing is true and correct.

Dated this 21st day of May, 2026 in Nashville, Davidson County, Tennessee.

Amy D. Harwell