IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| TONY VON CARRUTHERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. |
| | ) | |
| FRANK STRADA, in his official capacity as Tennessee's Commissioner of Correction, and | ) ) ) ) | **CAPITAL CASE** |
| | ) | **EXECUTION DATE:** |
| KENNETH NELSEN, Warden, Riverbend Maximum Security Institution, | ) ) ) | **MAY 21, 2026** |
| | ) | |
| | ) | |
| Respondents. | ) | |

## EMERGENCY MOTION TO PERMIT INSPECTION AND PRESERVE

Tony Von Carruthers, by and through his counsel, hereby moves pursuant to Fed. R. Civ. P. 34 and 35 for this Court to enter an emergency order requiring Defendants to immediately permit access to, and inspection of, Mr. Carruthers by a physician designated by his counsel and an additional individual to assist the physician, as soon as possible and no later than 6 p.m. May 21, 2026, unless by agreement of the parties. In support of this motion, Mr. Carruthers incorporates the allegations of his Complaint, his Motion for Preliminary Injunction and/or Temporary Restraining Order, and all accompanying materials. Mr. Carruthers has undergone a cruel, terrifying, and unconstitutional ordeal, and his counsel have a reasonable

1

expectation that relevant evidence will be preserved. Mr. Carruthers therefore requests that the Court order Defendants to:

1. Grant a physician designated by Mr. Carruthers and an additional individual access to Mr. Carruthers as soon as possible and no later than 6 p.m. May 21, 2026, unless by agreement of the parties. Permit that physician to bring with him or her all necessary medical equipment to evaluate and document Mr. Carruthers' injuries (including, but not limited to, a pulse oximeter, blood pressure cuff, digital thermometer, and digital camera).

2. Preserve all of the following:

   a. All drugs, syringes, IV lines, tubing, needles, catheters, medical supplies, restraints, gurney components, monitoring equipment, and any other execution-related physical materials, whether used, unused, partially used, discarded, or retained;

   b. All packaging, labels, inserts, lot-number information, chain-of-custody documentation, and storage records relating to execution chemicals or medical supplies;

   c. Any biological or chemical residue associated with the execution process;

   d. Any photographs, video recordings, audio recordings, surveillance footage, body-camera footage, livestream feeds, witness-room recordings, or monitoring data relating to the attempted execution or preparation for the execution;

2

e. Any handwritten notes, logs, checklists, timelines, incident reports, witness accounts, after-action reports, memoranda, emails, text messages, Signal messages, encrypted communications, or other communications concerning the attempted execution;

f. Any documents or communications concerning deviations from protocol, complications, delays, equipment issues, venous-access attempts, administration of chemicals, consciousness assessments, or emergency responses;

g. Any medical records, monitoring records, time logs, and documentation reflecting the physiological condition of Mr. Carruthers before, during, and after the attempted execution;

h. Any policies, protocols, training materials, directives, or internal guidance relied upon or referenced in connection with the attempted execution; and

i. The complete execution chamber and all associated areas in their current condition, including any physical layout, equipment placement, stains, residue, markings, or alterations.

Counsel for Mr. Carruthers have attempted to reach an agreement on this issue with counsel for Defendants and have been unsuccessful. A proposed order is attached.

Respectfully submitted,

3

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF
TENNESSEE
CAPITAL HABEAS UNIT


AMY D. HARWELL
First Assistant Federal Public Defender
Acting Chief, Capital Habeas Unit

Marshall A. Jensen
Samantha N. Barry
Elijah W. Swiney
Drew S. Brazer
Kit Thomas
Katherine Dix
Asst. Federal Public Defenders

164 Rosa L. Parks Blvd
Nashville, TN 37203
Phone: (615) 736-5047
Fax:     (615) 736-5265
Email:  Amy_Harwell@fd.org

BY: */s/ Amy D. Harwell*


## CERTIFICATE OF SERVICE

I, Amy D. Harwell, certify that on May 21, 2026, a true and correct copy of the foregoing was served via the court's electronic filing system to opposing counsel, Will Ayers, Assistant Attorney General.

*/s/ Amy D. Harwell*

4