**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | |
|---|---|
| **TONY VON CARRUTHERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CAPITAL CASE** |
| **v.** ) | **No. 3:26-cv-00680** |
| ) | **Judge Richardson** |
| **FRANK STRADA,** *et al.***,** ) | |
| ) | |
| **Defendants.** ) | |

## DECLARATION OF KENNETH NELSEN

1.      I, Kenneth Nelsen, make the following Declaration under penalty of perjury, and declare and state as follows:

2.      I am over the age of eighteen and have personal knowledge of the information contained in this Declaration.

3.      I am currently employed with the Tennessee Department of Correction (TDOC) as the warden of Riverbend Maximum Security Institution (RMSI).

4.      In my current position, among other duties and responsibilities, I oversee the implementation of certain aspects of TDOC's Lethal Injection Execution Protocol.

5.      My responsibilities also include assisting in the collection and preservation of evidence relevant to executions.

6.      My responsibilities also include ensuring that inmates at RMSI receive adequate medical care as required by applicable laws and regulations.

7.      I was present at the attempted execution of Tony Carruthers today, May 21, 2026.

8.      TDOC has gathered and is preserving evidence relevant to the attempted execution.

1

9. In addition, earlier today, TDOC took photos and videos to document Mr. Carruthers' physical state following the execution attempt.

10. Mr. Carruthers was examined by medical staff following the execution attempt and received medical care.

11. Mr. Carruthers will continue to be monitored by medical staff and provided with medical care.

12. I declare under penalty of perjury that the foregoing is true and correct.

_____
KENNETH NELSEN

_5/21/26_____
DATE

2

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *John W. Ayers*
JOHN W. AYERS (BPR# 037494)
Assistant Attorney General
Law Enforcement and
Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
Off. (615) 741-3491
Fax (615) 532-4892
will.ayers@ag.tn.gov
*Counsel for Defendants*

3