| From: | Will Ayers |
|---|---|
| To: | Kit Thomas |
| Cc: | Amy Harwell; Cody N. Brandon; Matthew Kubicek; jen.brenner@tn.gov; Marshall Jensen; Samantha Barry; Marcy Widder; Eli Swiney; Katherine Dix; Drew Brazer; Satyra Deaver; Megan Wartner; Sarah Kingsbury; Kate Creecy; David Wickenheiser; Samantha Morris |
| Subject: | RE: Carruthers Preservation Obligation |
| Date: | Thursday, May 21, 2026 5:11:06 PM |

Kit, I spoke about your request with Amy by phone earlier. Based on that conversation, I conveyed the following request to TDOC: to allow a physician, with medical equipment to be determined, and a FDO investigator to enter RMSI tomorrow, Friday, May 22, in order to inspect Mr. Carruthers, and for a TDOC employee to take photos of Mr. Carruthers. TDOC has declined that request.

---

**From:** Kit Thomas <Kit_Thomas@fd.org>
**Sent:** Thursday, May 21, 2026 3:02 PM
**To:** Will Ayers <Will.Ayers@ag.tn.gov>
**Cc:** Amy Harwell <Amy_Harwell@fd.org>; Cody N. Brandon <Cody.Brandon@ag.tn.gov>; Matthew Kubicek <Matthew.Kubicek@ag.tn.gov>; jen.brenner@tn.gov; Marshall Jensen <Marshall_Jensen@fd.org>; Samantha Barry <Samantha_Barry@fd.org>; Marcy Widder <Marcy_Widder@fd.org>; Eli Swiney <Eli_Swiney@fd.org>; Katherine Dix <Katherine_Dix@fd.org>; Drew Brazer <Drew_Brazer@fd.org>; Satyra Deaver <Satyra_Deaver@fd.org>; Megan Wartner <Megan_Wartner@fd.org>; Sarah Kingsbury <Sarah_Kingsbury@fd.org>
**Subject:** Re: Carruthers Preservation Obligation

Our doctor is available to come tomorrow morning. Can you please facilitate access for the doctor and another designated individual?

On May 21, 2026, at 2:55 PM, Will Ayers <Will.Ayers@ag.tn.gov> wrote:

Thanks for the confirmation. TDOC takes this matter seriously. The Department is collecting and preserving relevant evidence and is assessing feasible options to document Mr. Carruthers' physical state as soon as reasonably possible.

The protocol states that RMSI operates under lockdown procedures during executions. Access inside the facility isn't feasible on the timeline you requested, but TDOC is open to accommodating future reasonable requests for access.

---

**From:** Amy Harwell <Amy_Harwell@fd.org>
**Sent:** Thursday, May 21, 2026 1:21 PM
**To:** Will Ayers <Will.Ayers@ag.tn.gov>; Kit Thomas <Kit_Thomas@fd.org>; Cody N. Brandon <Cody.Brandon@ag.tn.gov>; Matthew Kubicek <Matthew.Kubicek@ag.tn.gov>; jen.brenner@tn.gov
**Cc:** Marshall Jensen <Marshall_Jensen@fd.org>; Samantha Barry <Samantha_Barry@fd.org>; Marcy Widder <Marcy_Widder@fd.org>; Eli Swiney

<[Eli_Swiney@fd.org](mailto:Eli_Swiney@fd.org)>; Katherine Dix <[Katherine_Dix@fd.org](mailto:Katherine_Dix@fd.org)>; Drew Brazer
<[Drew_Brazer@fd.org](mailto:Drew_Brazer@fd.org)>; Satyra Deaver <[Satyra_Deaver@fd.org](mailto:Satyra_Deaver@fd.org)>; Megan Wartner
<[Megan_Wartner@fd.org](mailto:Megan_Wartner@fd.org)>; Sarah Kingsbury <[Sarah_Kingsbury@fd.org](mailto:Sarah_Kingsbury@fd.org)>
**Subject:** RE: Carruthers Preservation Obligation

Yes.

---

**From:** Will Ayers <[Will.Ayers@ag.tn.gov](mailto:Will.Ayers@ag.tn.gov)>
**Sent:** Thursday, May 21, 2026 1:19 PM
**To:** Kit Thomas <[Kit_Thomas@fd.org](mailto:Kit_Thomas@fd.org)>; Cody N. Brandon <[Cody.Brandon@ag.tn.gov](mailto:Cody.Brandon@ag.tn.gov)>;
Matthew Kubicek <[Matthew.Kubicek@ag.tn.gov](mailto:Matthew.Kubicek@ag.tn.gov)>; [jen.brenner@tn.gov](mailto:jen.brenner@tn.gov)
**Cc:** Amy Harwell <[Amy_Harwell@fd.org](mailto:Amy_Harwell@fd.org)>; Marshall Jensen <[Marshall_Jensen@fd.org](mailto:Marshall_Jensen@fd.org)>;
Samantha Barry <[Samantha_Barry@fd.org](mailto:Samantha_Barry@fd.org)>; Marcy Widder <[Marcy_Widder@fd.org](mailto:Marcy_Widder@fd.org)>;
Eli Swiney <[Eli_Swiney@fd.org](mailto:Eli_Swiney@fd.org)>; Katherine Dix <[Katherine_Dix@fd.org](mailto:Katherine_Dix@fd.org)>; Drew Brazer
<[Drew_Brazer@fd.org](mailto:Drew_Brazer@fd.org)>; Satyra Deaver <[Satyra_Deaver@fd.org](mailto:Satyra_Deaver@fd.org)>; Megan Wartner
<[Megan_Wartner@fd.org](mailto:Megan_Wartner@fd.org)>; Sarah Kingsbury <[Sarah_Kingsbury@fd.org](mailto:Sarah_Kingsbury@fd.org)>
**Subject:** RE: Carruthers Preservation Obligation

Kit, do you or any of the attorneys copied on this email represent Mr. Carruthers?

**Will Ayers**
Assistant Attorney General
Office of the Tennessee Attorney General
Law Enforcement and Special Prosecutions Division
P.O. Box 20207
Nashville, TN 37202-0207
(615) 253-3856
[will.ayers@ag.tn.gov](mailto:will.ayers@ag.tn.gov)

<image001.png>

This email may contain legally PRIVILEGED and CONFIDENTIAL information. If you are not the
intended recipient of this email, know that any dissemination, distribution, or copying of this email is
prohibited. If you have received this email in error, please delete it and immediately notify the
sender.

---

**From:** Kit Thomas <[Kit_Thomas@fd.org](mailto:Kit_Thomas@fd.org)>
**Sent:** Thursday, May 21, 2026 1:01 PM
**To:** Will Ayers <[Will.Ayers@ag.tn.gov](mailto:Will.Ayers@ag.tn.gov)>; Cody N. Brandon <[Cody.Brandon@ag.tn.gov](mailto:Cody.Brandon@ag.tn.gov)>;
Matthew Kubicek <[Matthew.Kubicek@ag.tn.gov](mailto:Matthew.Kubicek@ag.tn.gov)>; [jen.brenner@tn.gov](mailto:jen.brenner@tn.gov)
**Cc:** Amy Harwell <[Amy_Harwell@fd.org](mailto:Amy_Harwell@fd.org)>; Marshall Jensen <[Marshall_Jensen@fd.org](mailto:Marshall_Jensen@fd.org)>;
Samantha Barry <[Samantha_Barry@fd.org](mailto:Samantha_Barry@fd.org)>; Marcy Widder <[Marcy_Widder@fd.org](mailto:Marcy_Widder@fd.org)>;
Eli Swiney <[Eli_Swiney@fd.org](mailto:Eli_Swiney@fd.org)>; Katherine Dix <[Katherine_Dix@fd.org](mailto:Katherine_Dix@fd.org)>; Drew Brazer
<[Drew_Brazer@fd.org](mailto:Drew_Brazer@fd.org)>; Satyra Deaver <[Satyra_Deaver@fd.org](mailto:Satyra_Deaver@fd.org)>; Megan Wartner

<Megan_Wartner@fd.org>; Sarah Kingsbury <Sarah_Kingsbury@fd.org>
**Subject:** Carruthers Preservation Obligation

Will,

Please be advised that we represent the interests of Tony Von Carruthers with legal interests arising from the attempted execution by the Tennessee Department of Correction ("TDOC") on May 21, 2026, at Riverbend Maximum Security Institution.

In light of serious concerns regarding the manner in which the attempted execution was carried out, TDOC and all agents, employees, contractors, medical personnel, and affiliated entities are hereby directed to preserve all documents, electronically stored information, physical evidence, biological materials, recordings, equipment, communications, and tangible items relating in any way to the planning, preparation, implementation, monitoring, and aftermath of the attempted execution.

This preservation obligation includes, but is not limited to, the following:

1.  All drugs, syringes, IV lines, tubing, needles, catheters, medical supplies, restraints, gurney components, monitoring equipment, and any other execution-related physical materials, whether used, unused, partially used, discarded, or retained;
2. All packaging, labels, inserts, lot-number information, chain-of-custody documentation, and storage records relating to execution chemicals or medical supplies;
3. Any biological or chemical residue associated with the execution process;
4. Any photographs, video recordings, audio recordings, surveillance footage, body-camera footage, livestream feeds, witness-room recordings, or monitoring data relating to the attempted execution or preparation for the execution;
5. Any handwritten notes, logs, checklists, timelines, incident reports, witness accounts, after-action reports, memoranda, emails, text messages, Signal messages, encrypted communications, or other communications concerning the attempted execution;
6. Any documents or communications concerning deviations from protocol, complications, delays, equipment issues, venous-access attempts, administration of chemicals, consciousness assessments, or emergency responses;
7. Any medical records, monitoring records, time logs, and documentation reflecting the physiological condition of Mr. Carruthers before, during, and after the attempted execution;

8. Any policies, protocols, training materials, directives, or internal guidance relied upon or referenced in connection with the attempted execution; and

9. The complete execution chamber and all associated areas in their current condition, including any physical layout, equipment placement, stains, residue, markings, or alterations.

We further request that TDOC immediately suspend any routine destruction, disposal, cleaning, alteration, testing, or decontamination procedures affecting execution-related evidence.

In addition, we request reasonable access for qualified experts and counsel to inspect, photograph, document, and examine execution-related materials and locations before any alteration, disposal, or degradation occurs. Please advise promptly whether TDOC will agree to preserve these materials and facilitate such access.

Because litigation is reasonably anticipated, TDOC is under an immediate obligation to preserve relevant evidence. This obligation extends to electronically stored information and requires suspension of any auto-delete functions, document-retention destruction schedules, device replacement practices, or data-overwrite protocols that could result in loss of relevant information.

We further demand immediate access to Mr. Carruthers for counsel and appropriate medical experts so that his physical condition and any injuries sustained during the attempted execution may be documented and evaluated without delay. This access should include permission to photograph, inspect, and medically assess all visible and non-visible injuries, including but not limited to puncture wounds, bruising, swelling, abrasions, restraint-related injuries, and any other effects associated with the attempted execution process. Because evidence of injury may rapidly change or dissipate over time, this examination must occur today and before any medical intervention, cleaning, transfer, or other alteration that could affect the accurate documentation of Mr. Carruthers' condition. Please confirm immediately that TDOC will facilitate such access and preserve all related evidence.

Please confirm in writing no later than 3:00 PM today, May 21, 2026, that TDOC has implemented a litigation hold and will preserve all potentially relevant evidence. Please also advise as to the time our medical expert can examine Mr. Carruthers.

Thank you.

Kit Thomas
(She/Her/Hers)
Deputy Chief, Capital Habeas Unit
Office of the Federal Defender

Nashville, Tennessee
Direct: (615) 695-6959