# Affidavit of Mark J. S. Heath, M.D.

I, Mark J. S. Heath, M.D., being of lawful age and legal resident of New York City, New York, declare the following:

1. I am a board-certified anesthesiologist practicing full time at Columbia University in New York City, New York.
2. I have served as an expert witness in numerous legal cases regarding the practice of execution by lethal injection in the United States. I have testified about the practice of lethal injection in multiple state and federal courts, including in Tennessee.
3. I have performed in-person medical examinations of five prisoners who survived lethal injection execution attempts because of inability to secure intravenous access:
   a. Romell Broom (Ohio) – Attempted execution date of Sept. 15, 2009
   b. Doyle Hamm (Alabama) – Attempted execution date of Feb. 22, 2018
   c. Kenny Smith (Alabama) – Attempted execution date of Nov. 17, 2022
   d. Alan Miller (Alabama) – Attempted execution date of Sept. 22, 2022
   e. Thomas Creech (Idaho) – Attempted execution date of Feb. 28, 2024
4. The injuries caused by IV access attempts display a dynamic healing pattern and it is important that the physical examination be accomplished as soon as possible. The above evaluations were accommodated/ordered and supported by the courts and Departments of Corrections in the respective states, and with the exception of Romell Broom, (due to travel and availability issues) occurred within 24-48 hours of the attempted execution.
5. In-person evaluation, documentation, and photography create a reliable record of the events and injuries that occurred during an attempted execution. The interview can surface aspects of the procedure(s) that would not otherwise be recognized. For example, when examining Mr. Hamm, it became apparent that the physician who attempted femoral central venous access inadvertently punctured or lacerated Mr. Hamm's urethra or bladder with a large bore needle.
6. It is particularly important to perform a timely evaluation in cases where central venous access was attempted.
7. Because of the evolving and dynamic nature of healing of IV access injuries, Mr. Tony Carruthers should ideally be evaluated as soon as practicable, ideally within 48 hours. The evaluation would ideally include the use of standard medical devices for measuring blood pressure, heart rate, oximetry, and temperature. The ability to bring and use photographic equipment (i.e., a small

digital camera) is very valuable for documenting any visible injuries and/or other pertinent findings.

8. I reserve the right to alter any stated opinions should the advent of additional information so warrant.

I declare under penalty of perjury and the laws of the United States and State of New York that the foregoing is true and correct.

Dated: May 21, 2026

._____

Mark J. S. Heath, M.D.

<u>Curriculum Vitae</u>

1) Date of preparation: June 21, 2021

2) Name: Mark J. S. Heath

Birth date: March 28, 1960
Birthplace: New York, NY
Citizenship: United States, United Kingdom, Italy

3) Academic Training:

Harvard University B.A., Biology, 1983

University of North Carolina, Chapel Hill M.D., 1987

Medical License New York: 177101-1

4) Traineeship:

1987 – 1988 Internship, Internal Medicine, George Washington University Hospital, Washington, DC.

1988 – 1991 Residency, Anesthesiology, Columbia College of Physicians and Surgeons, New York, NY

1991 – 1993 Fellowship, Anesthesiology, Columbia College of Physicians and Surgeons, New York, NY

5) Board Qualification:

Diplomate, American Board of Anesthesiology, October 1991.
Diplomate National Board of Echocardiography Perioperative Transesophageal Echocardiography 2005. (PTEeXAM 2001).

6) Military Service: None

7) Professional Organizations:

None

8) Academic Appointments:

1993 – 2002 Assistant Professor of Anesthesiology, Columbia University, New York, NY

2002 - present      Assistant Professor of Clinical Anesthesiology, Columbia University, New York, NY

9)    Hospital/Clinical Appointments:

1993 – present      Assistant Attending Anesthesiologist, Presbyterian Hospital, New York, NY.

10)   Honors:

Magna cum laude, Harvard University
Alpha Omega Alpha, University of North Carolina at Chapel Hill
First Prize, New York State Society of Anesthesiologists Resident Presentations, 1991

11)   Fellowship and Grant Support:

Foundation for Anesthesia Education and Research, Research Starter Grant Award, Principal Investigator, funding 7/92 - 7/93, $15,000.

Foundation for Anesthesia Education and Research Young Investigator Award, Principal Investigator, funding 7/93 - 7/96, $70,000.

NIH    KO8 "Inducible knockout of the NK1 receptor" Principal Investigator, KO8 funding 12/98 - 11/02, $431,947 over three years (no-cost extension to continue through 11/30/2002)

NIH    RO1 "Tachykinin regulation of anxiety and stress responses" Principal Investigator, funding 9/1/2002 – 8/30/2007 $1,287,000 over 5 years

12)   Departmental and University Committees:

Research Allocation Panel (1996 – 2001)

Institutional Review Board (Alternate Boards 1-2, full member Board 3) (2003 - present)

13)   Teaching:

Lecturer and clinical teacher: Anesthesiology Residency Program, Columbia University and Presbyterian Hospital, New York, NY

Advanced Cardiac Life Support Training

Anesthetic considerations of LVAD implantation.  Recurrent lecture at Columbia University LVAD implantation course.

<u>Invited Lectures</u>:

NK1 receptor functions in pain and neural development, Cornell University December 1994

Anxiety, stress, and the NK1 receptor, University of Chicago, Department of Anesthesia and Critical Care, July 2000

Anesthetic Considerations of LVAD Implantation, University of Chicago, Department of Anesthesia and Critical Care, July 2000

NK1 receptor function in stress and anxiety, St. John's University Department of Medicinal Chemistry, March 2002

Making a brave mouse (and making a mouse brave), Mt.Sinai School of Medicine, May 2002

NK1 receptor function in stress and anxiety, Visiting Professor, NYU School of Medicine, New York, New York.  October 2002.

Problems with anesthesia during lethal injection procedures, Geneva, Switzerland.  Duke University School of Law Conference, "International Law, Human Rights, and the Death Penalty: Towards an International Understanding of the Fundamental Principles of Just Punishment". July 2002.

Anesthetic Depth, Paralysis, and other medical problems with lethal injection protocols: evidence and concerns, Federal Capital Habeas Unit Annual Conference, Jacksonville, Florida. May 2004.

Medical Scrutiny of Lethal Injection Procedures. NAACP Legal Defense Fund, Airlie Conference Center, Warrenton, Virginia. July 2004.

Ethical Issues of  Lethal Injection Procedures  Advanced Criminal Law Seminar 2005, Fordham University School of Law, March 2005

Execution Pharmacology:  Lethal Injection and the Law. CUNY Law School. April 2005.

Medical Scrutiny of Lethal Injection Procedures, Update 2005. NAACP Legal Defense Fund, Airlie Conference Center, Warrenton, Virginia, July 2005.

Medical *Scrutiny of Lethal Injection Procedures,* Update 2006. NAACP Legal Defense Fund, Airlie Conference Center, Warrenton, Virginia.  July 2006.

Medical Scrutiny of Lethal Injection Procedures  Advanced Criminal Law Seminar, Fordham University School of Law, January 2007

EEG and consciousness during execution by lethal injection. Neuroethics Seminar, Columbia University.  February 2007.

Problematic executions.  Physicians for Human Rights, Princeton University.  April 2007.

Medical *Scrutiny of Lethal Injection Procedures.* Update 2007. NAACP Legal Defense Fund, Airlie Conference Center, Warrenton, Virginia.  July 2007

Technical Challenges to Execution by Lethal Injection. Department of Medicine Grand Rounds, Columbia University, September 2007.

Induced Participation: Medical Professionals and Execution by Lethal Injection.  4th Year Medical Student Ethics discussion. October 2007.

Physician Participation in Lethal Injection.  Physicians for Human Rights Invited Speaker.  Mount Sinai School of Medicine, November 2007.

Execution by Lethal Injection:  Medical Update.  Advanced Criminal Law Seminar, Fordham University School of Law, January 2008

Lethal Injection – a field report.   The Supreme Court and the Legal, Medical, and Ethical Challenges to Execution by Lethal Injection, Columbia University Symposium. January 2008

Medical Mechanics of Lethal Injection.  University of Michigan Law School, Ann Arbor.  March 2008.

Current Controversies in Execution by Lethal Injection. *Fordham* Urban *Law*. Journal *Symposium*, The *Lethal Injection*

Debate: *Law* and Science, *Fordham* University. School of *Law. March 2008*

Medical and Legal Challenges to Execution by Lethal Injection.  Cornell Law School.  April 2008.

Lethal Injection: both a medical and a non-medical procedure.  University of North Carolina, Chapel Hill, April 2008

Execution by lethal injection: Medical mechanics and ethics, National Institutes of Health Grand Rounds, May 2008

Anesthesia, Consciousness, and Execution by Lethal Injection.  Psychiatry, Law, and Ethics Seminar.  Columbia University Medical Center. October 2008.

Ethical dimensions of physician participation in execution by lethal injection.  American Society for *Bioethics* & Humanities. October 2008.

Update on Lethal Injection.  Physicians for Human Rights, Columbia University Medical Center.  November 2008.

Execution by lethal injection: Medical mechanics and ethics. Physicians for Human Rights, Columbia Unversity Medical Center. April 29, 2010.

Fordham University School of Law.     Lethal injection, an Update.  April 5, 2011.

Albert Einstein College of Medicine.    Execution by lethal injection: Medical mechanics and ethics  April 25, 2012.

Albert Einstein College of Medicine.    Lethal injection: Participation of Health Care Providers and Ethical Considerations. January 9. 2013.

14)    <u>Requested/Invited Live Testimony before Governmental Bodies regarding Lethal Injection:</u>

Nebraska Senate Judiciary Committee, Omaha.  November 2002

Maryland House Judiciary Committee, Annapolis. February 2007

Maryland Senate Judiciary Committee, Annapolis. February 2007

Pennsylvania House Judiciary Committee, Harrisburg. March 2006

South Dakota House Committee, Pierre. February 2007

Nebraska Senate Judiciary Committee, Omaha. January 2009

Florida: The Governor's Commission on Administration of Lethal Injection, Tampa. February 2007

House of Lords, London, U.K. Regarding legislation governing the exportation of drugs used for lethal injection. February 2010

15) Grant Review Committees: None

16)    Publications:


## Original peer reviewed articles

**Heath, M.J.S.** (2008). Revisiting physician involvement in capital punishment: medical and nonmedical aspects of lethal injection. Mayo Clinic Proceedings. Jan;83(1):115-6

**Heath, M. J. S.**, Stanski DR, Pounder DJ.  Inadequate Anesthesia in Lethal Injection for Execution.  Lancet, 366(9491) 1073-4, correspondence.  2005

Santarelli, L., Gobbi, G., Debs, P.C., Sibille, E. L., Blier, P., Hen, R., **Heath, M.J.S.** (2001). Genetic and pharmacological disruption of neurokinin 1 receptor function decreases anxiety-related behaviors and increases serotonergic function.  **Proc. Nat. Acad. Sci**., 98(4), 1912 – 1917.

King, T.E. [δ], **Heath M. J. S**[δ]., Debs, P, Davis, MB, Hen, R, Barr, G. (2000). The development of nociceptive responses in neurokinin-1 receptor knockout mice. Neuroreport.;11(3), 587-91     δ authors contributed equally to this work

**Heath, M. J. S.**, Lints, T., Lee, C. J., Dodd, J.  (1995).  Functional expression of the tachykinin $NK_1$ receptor by floor plate cells in the embryonic rat spinal cord and brainstem.  **Journal of Physiology** 486.1, 139 -148.

**Heath, M. J. S.**, Womack M. D., MacDermott, A. B. (1994).  Subsance P elevates intracellular calcium in both neurons and glial cells from the dorsal horn of the spinal cord.  **Journal of Neurophysiology** 72(3), 1192 - 1197.

McGehee, D. S., **Heath, M. J. S**., Gelber, S., DeVay, P., Role, L.W.  (1995) Nicotine enhancement of fast excitatory synaptic transmission in the CNS by presynaptic receptors. **Science** 269, 1692 - 1696.

Morales D, Madigan J, Cullinane S, Chen J, **Heath, M. J. S**., Oz M, Oliver JA, Landry DW. (1999). Reversal by vasopressin of intractable hypotension in the late phase of hemorrhagic shock. Circulation. Jul 20;100(3):226-9.

LoTurco, J. J., Owens, D. F., **Heath, M. J. S**., Davis, M. B. E., Krigstein, A. R. (1995). GABA and glutamate depolarize cortical progenitor cells and inhibit DNA synthesis. **Neuron** 15, 1287 - 1298.

Kyrozis A., Goldstein P. A., **Heath, M. J. S.**, MacDermott, A. B. (1995).  Calcium entry through a subpopulation of AMPA receptors desensitized neighboring NMDA receptors in rat dorsal horn neurons.  **Journal of Physiology** 485.2, 373 - 381.

McGehee, D.S., Aldersberg, M. , Liu, K.-P., Hsuing, S., **Heath, M.J.S.** , Tamir, H. (1997). Mechanism of extracellular $Ca^{2+}$-receptor stimulated hormone release from sheep thyroid parafolicular cells. **Journal of Physiology**:  502,1, 31 - 44.

Kao, J., Houck, K., Fan, Y., Haehnel, I., Ligutti, S. K., Kayton, M. L., Grikscheit, T., Chabot, J., Nowygrod, R., Greenberg, S., Kuang, W.J., Leung, D. W., Hayward, J. R., Kisiel, W., **Heath, M. J. S.**, Brett, J., Stern, D. (1994).  Characterization of a novel tumor-derived cytokine.  **Journal of Biological Chemistry** 269, 25106 - 25119.

Dodd, J., Jahr, C.E., Hamilton, P.N., **Heath, M.J.S.**, Matthew, W.D., Jessell, T.M. (1983).   Cytochemical and physiological properties of sensory and dorsal horn neurons that transmit cutaneous sensation. **Cold Spring Harbor Symposia of Quantitative Biology** 48, 685 -695.

Pinsky, D.J., Naka, Y., Liao, H., Oz, M. O., Wagner, D. D., Mayadas, T. N., Johnson, R. C., Hynes, R. O., **Heath, M.J.S**., Lawson, C.A., Stern, D.M. Hypoxia-induced exocytosis of endothelial cell Weibel-Palade bodies. **Journal of  Clinical Investigation** 97(2), 493 - 500.

Heath, M.J.S.  (2008). Revisiting Physician Involvement in Capital Punishment:  Medical and Nonmedical Aspects of Lethal Injection.  Mayo Clinic Proceedings 83(1):115-117.

**Case reports**                             none

**Review, chapters, editorials**

*         **Heath, M. J. S.**, Dickstein,  M. L. (2000).  Perioperative management of the left ventricular assist device recipient. Prog Cardiovasc Dis.;43(1):47-54.

*         Dickstein, M.L., Mets B, **Heath M.J.S**. (2000).  Anesthetic considerations during left ventricular assist device implantation.  Cardiac Assist Devices pp 63 – 74.

*         **Heath, M. J. S.** and Hen, R. (1995). Genetic insights into serotonin function. **Current Biology** 5.9, 997 -999.

*         **Heath, M.J.S.**, Mathews D. (1990).  Care of the Organ Donor.  **Anesthesiology Report** 3, 344-348.

*         **Heath, M. J. S.,**  Basic physiology and pharmacology of the central synapse. (1998)  **Anesthesiology Clinics of North America** 15(3), 473 - 485.

**Abstracts**

**Heath, M.J.S.** (2010).  Thiopental Toxicology in Execution by Lethal Injection: The Role of Post-Mortem Redistribution  Anesthesiology 95:A-868.

Heath, M.J.S., Analysis of EKG recordings from executions by lethal injection.  Canadian Society of Anesthesiology Winter Meeting, February 2006.

Heath, M.J.S., Analysis of postmortem thiopental in prisoners executed by lethal injection  IARS Congress 2005.

**Heath, M.J.S.,** Davis, M., Santarelli L., Hen H. (2002).  Gene targeting of the NK1 receptor blocks stress-evoked induction of c-Fos in the murine locus coeruleus.  IARS American-Japan Congress A-15.

**Heath, M.J.S.,** Davis, M., Santarelli L., Hen H. (2002).  Gene targeting of the NK1 receptor blocks stress-evoked induction of c-Fos in the murine locus coeruleus.  Anesthesiology 95:A-811.

**Heath, M.J.S.,** Davis, M., Santarelli L., Hen H.  (2002). Expression of Substance P and NK1 Receptor in the Murine Locus Coeruleus and Dorsal Raphe Nucleus. Anesthesia and Analgesia 93; S-212

**Heath, M.J.S.,** Davis, M., Santarelli L., Hen H.  (2002). Expression of Substance P and NK1 Receptor in the Murine Locus Coeruleus and Dorsal Raphe Nucleus. Anesthesia and Analgesia 93; S-212.

**Heath, M.J.S.,** Santarelli L, Hen H. (2001)  The NK1 receptor is necessary for the stress-evoked expression of c-Fos in the paraventricular nucleus of the hypothalamus. Anesthesia and Analgesia 92; S233.

**Heath, M.J.S.,** Santarelli L, Debs P, Hen H. (2000).  Reduced anxiety and stress responses in mice lacking the NK1 receptor.  Anesthesiology 93: 3A A-755.

**Heath, M.J.S.,** King, T., Debs, P.C., Davis M., Hen R., Barr G. (2000).  NK1 receptor gene disruption alters the development of nociception.  Anesthesia and Analgesia; 90; S315.

**Heath, M.J.S.,** Lee, J.H., Debs, P.C., Davis, M. (1997).   Delineation of spinal cord glial subpopulations expressing the NK1 receptor.  Anesthesiology; 87; 3A; A639.

**Heath, M.J.S.,** MacDermott A.B. (1992).  Substance P elevates intracellular calcium in dorsal horn cells with neuronal and glial properties.  Society for Neuroscience Abstracts; 18; 123.1.

**Heath, M.J.S.,** Lee C.J., Dodd J. (1994).  Ontogeny of NK1 receptor-like immunoreactivity in the rat spinal cord.  Society for Neuroscience Abstracts; 20; 115.16.

Case 3:26-cv-00680    Document 12-2    Filed 05/27/26    Page 11 of 12 PageID #: 143

**Heath, M.J.S.,** Berman M.F. (1991) Isoflurane modulation of calcium channel currents in spinal cord dorsal horn neurons.  Anesthesiology 75; 3A; A1037.