# DECLARATION OF MARIA DeLIBERATO

I, Maria DeLiberato, hereby DECLARE:

1. My name is Maria DeLiberato, and I am Senior Counsel for the Capital Punishment Project of the American Civil Liberties Union.

2. I represent Tony Carruthers. Throughout my representation of Mr. Carruthers, I have been in regular communication with the Capital Habeas Unit of the Office of the Federal Public Defender for the Middle District of Tennessee, which represents Mr. Carruthers pursuant to 28 U.S.C. § 3599.

3. On May 21, 2026, I was present at Riverbend Maximum Security Institution as Mr. Carruthers's attorney witness for his anticipated execution.

4. I have been in regular communication with Mr. Carruthers since May 21, 2026.

5. I have informed Mr. Carruthers of his attorneys' attempts to obtain a medical examination of his physical injuries, and it is my understanding that Mr. Carruthers intends to participate in any examination initiated by his attorneys on his behalf.

6. Based on my conversations with Mr. Carruthers, I believe that he has not yet received a chest X-ray to assess his injuries.

I declare under penalty of perjury and the laws of the United States and State of Tennessee that the foregoing is true and correct to the best of my knowledge.

Dated this 26th day of May, 2026 in Nashville, Davidson County, Tennessee.

_____
Maria DeLiberato