# DECLARATION OF SINA KHOSHBIN

I, Sina Khoshbin, hereby DECLARE:

1. My name is Dr. Sina Khoshbin, MD. I am a Senior Staff Surgeon at Henry Ford Hospital in Detroit, Michigan (a level 1 trauma facility), where I also serve as a Clinical Assistant Professor.

2. I received my MD from Tufts University School of Medicine in 2011, and completed my residency in general surgery at Inova Fairfax Hospital in 2016. I completed a fellowship in Surgical Critical Care at Barnes Jewish Hospital in 2017.

3. A copy of my curriculum vitae (C.V.) is attached.

4. I am trained in the placement of central IV-lines and have privileges to do so at Henry Ford Hospital—where I place or supervise the placement of over two dozen central IV-lines a year. I also routinely care for patients with central lines placed by other physicians and manage complications from central line placement.

5. In the wake of an unsuccessful attempt to place a central IV-line in the jugular or subclavian veins, it is the standard of care to perform a chest X-ray as soon as possible, to check for potential life-threatening complications, including pneumothorax (an emergency condition wherein air leaks into the cavity between the lungs and chest wall) and hemothorax (an emergency condition wherein blood collects in the cavity between the lungs and chest wall).

6. Pneumothorax and hemothorax are more likely to occur from attempted central IV-line insertion if there are multiple needle passes, if the physician is inexperienced, and/or if the central IV-line is placed without the use of ultrasound guidance. I understand from the Federal Public Defenders' office that all three circumstances were present in Mr. Carruthers' case.

7. In my professional opinion, Mr. Carruthers should have been given a chest x-ray immediately following the unsuccessful central IV-line insertion attempts on Thursday, May 21, 2026.

8. If Mr. Carruthers has not received a chest x-ray, one should be performed as soon as possible, to evaluate his condition.

I declare under penalty of perjury and the laws of the United States and State of Tennessee that the foregoing is true and correct to the best of my knowledge.

Dated this 26th day of May, 2026 in Nashville, Davidson County, Tennessee.

Sina Khoshbin, MD

# Sina Khoshbin M.D., F.A.C.S.

1682 ASHWOOD Ct ◆ TROY, MI 48085
PHONE: (201) 264-9387 ◆ EMAIL: Skhoshb1@hfhs.org

## WORK EXPERIENCE

| | |
|---|---|
| 12/2019 – Present | **Senior Staff Surgeon** – Henry Ford Hospital, Detroit, MI<br>Henry Ford Medical Group – Division of Acute Care Surgery<br>Managing trauma, general surgical, and surgical critical care patients<br>Educating and training of medical students, residents, and fellows<br><br>**Clinical Assistant Professor** - Michigan State University: College of Human Medicine<br>**Clinical Assistant Professor** - Wayne State University: School of Medicine |
| 08/2019 - 10/2019 | **General Surgeon** – Poplar Bluff Regional Medical Center, Poplar Bluff, MO<br>Locum tenens position through Delta Locums<br>Providing acute care in house surgical call / coverage |
| 12/2017 – 01/2018 | **General Surgeon** – Adventist Health Clearlake Hospital, Clearlake, CA<br>Locum tenens position through Medicus Healthcare Solutions<br>Providing general surgery call / clinic coverage |

## POST GRADUATE TRAINING

| | |
|---|---|
| 07/2018 – 07/2019 | **Clinical instructor –** Ronald Reagan Medical Center, Los Angeles, CA<br>Division of liver and pancreas transplantation<br>Assisting in liver transplant and complex abdominal surgical cases<br>Managing ICU patients pre and post organ transplant |
| 08/2016 – 07/2017 | **Surgical Critical Care Fellow –** Barnes Jewish Hospital, St. Louis, MO<br>Section of Acute and Critical Care Surgery |
| 06/2011 – 06/2016 | **General Surgery Resident -** Inova Fairfax Hospital, Falls Church, VA<br>Division of general surgery |

## EDUCATION

08/2007 – 05/2011 **Tufts University School of Medicine -** Boston, MA
Doctorate of medicine

08/2002 – 05/2006 **Muhlenberg College -** Allentown, PA
Bachelor of Science in Biology, Summa cum laude; Class Salutatorian
**Study Abroad** (Spring 2005), University of Queensland, Brisbane, Australia

## TEACHING EXPERIENCE

Advanced Trauma and Life Support Instructor          2022 – Present
Fundamentals of Critical Care Series Course Director          2022 – Present

## MENTORSHIP ACTIVITIES

Readying Youth Scientists for Excellence in Medicine, Health, Equity and Diversity          2023 – Present
Henry Ford Health Dept of Surgery High School Medical Mentorship Program          2023 – Present
Wayne State Medical Clerkship Mentoring Program          2020 – Present

## AWARDS / HONORS

Equity through teaching award – RYSE Med          2025
Wayne State School of Medicine Excellence in Teaching          2022 - 2023
Wayne State School of Medicine Excellence in Teaching          2021 - 2022
Wayne State School of Medicine Excellence in Teaching          2020 - 2021
Wayne State School of Medicine Excellence in Teaching          2019 - 2020

## PRESENTATIONS

Winter 2025 **Surgery on the Dying Patient**
Henry Ford Hospital department of surgery grand rounds

Fall 2022 **Timing is Everything: Management of the polytrauma with orthopedic injuries**
Henry Ford Hospital department of orthopedic surgery grand rounds

Fall 2020 **Artificial Intelligence in Surgery**
Henry Ford Hospital department of surgery grand rounds

| | | |
|---|---|---|
| Spring 2017 | **An analysis of the DVT screening practices at BJH** | |
| | Missouri chapter of the American College of Surgeons 50th Annual Professional Meeting | |

Spring 2017      **An analysis of the DVT screening practices at BJH**
Missouri chapter of the American College of Surgeons 50th Annual Professional Meeting

2016 – 2017      **Fundamentals of critical care lecture series**
Presentations on a variety of critical care topics as part of this weekly educational conference for the department of anesthesia and surgical critical care at Barnes Jewish Hospital

2014 – 2016      **Conference facilitator - Morbidity and Mortality**
Weekly review of cases and organization of educational conferences within the Inova Fairfax department of surgery

September 2013      **Sign Here: A look at the informed consent process in surgery**
Inova Fairfax department of surgery grand rounds

October 2013      **DC Regional grand rounds: Interesting cases**
Georgetown Hospital department of surgery grand rounds

October 2012      **DNR in the OR**
Inova Fairfax department of surgery grand rounds

## INSTITUTIONAL ORGANIZATIONS

| | |
|---|---|
| TRUST Sentinel Event Emotional Response Team | 2022 – Present |
| Henry Ford Hospital Ethics Committee | 2021 – Present |
| Gift of Life Donation Committee | 2020 – Present |
| Institutional Trauma Committee | 2019 – Present |

## MEDICAL LICENSURE

| | |
|---|---|
| Michigan (unrestricted) #4301501095 | 2019 – Present |
| California (unrestricted) #152792 | 2017 – Present |
| Missouri (unrestricted) #2016029587 | 2016 – Present |
| Pennsylvania (unrestricted) #MD462831 | 2017 – 2018 |
| South Dakota (unrestricted) #10645 | 2017 – 2018 |
| Virginia (training) #0116023851 | 2011 – 2016 |

## CERTIFICATIONS

| | |
|---|---|
| LEAD 101 – 103 Series | Completed June 2024 |
| ABS: Surgical Critical Care Certificate #004123 | Sept 2017 – Dec 2028 |
| ABS: Surgery Certificate #062264 | Nov 2016 – Dec 2027 |
| ATLS | Valid through July 2026 |

| | |
|---|---|
| BLS / ACLS | Valid through July 2027 |
| LEAN Management Training | Completed Fall 2020 |
| DaVinci Xi Robotic Surgical Platform | Completed August 2020 |
| YogaWorks 200hr Teacher Training | Completed August 2008 |

## LOCAL / REGIONAL MEMBERSHIPS

| | |
|---|---|
| Eastern Association of Surgery Trauma (EAST) | 2023 – Present |
| Fellow of the American College of Surgeons | 2022 – Present |
| Wayne State Medical Society Delegate | 2021 – Present |
| Michigan State Medical Society | 2021 – Present |
| Society of Critical Care Medicine | 2016 – Present |